Edwards *et al. v.* State, *ex rel.* Lockwood.

The other questions presented in the petition for a rehearing were fully considered and determined in the original opinion.

The petition is, therefore, denied.

Filed November 6, 1895.

---

No. 17,392.

EDWARDS ET AL., TRUSTEES OF THE SCHOOL CITY OF PERU, *v.* STATE, EX REL. COX.

From the Miami Circuit Court.

*Mitchell & Cole*, for appellants.

*W. B. McClintic*, for appellee.

MONKS, J.—The questions involved in this case are the same as those in *Edwards et al., Trustees of the School City of Peru*, v. *State, ex rel. Kesling*, 143 Ind. 84, and upon the authority of that case the judgment in this case is affirmed.

Filed December 19, 1895.

---

No. 17,390.

EDWARDS ET AL. *v.* STATE, EX REL. LOCKWOOD.

From the Miami Circuit Court.

*Mitchell & Cole*, for appellants.

*W. B. McClintic* and *Bartley & Lawrence*, for appellee.

MONKS. J.—The questions involved in this case are the same as those in the case of *Edwards et al., Trustees of the School City of Peru*, v. *State, ex rel. Kesling*, 143 Ind. 84, and upon the authority of that case the judgment in this case is affirmed.

Filed December 18, 1895.